# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

147030(56)(57)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 147030
        COA: 306212
        Oakland CC: 2008-221114-FC

ELLIOT LEOTIS PILTON,
        Defendant-Appellant.

_____/

On order of the Court, the motion for permission to file a pro se supplemental brief is GRANTED. The motion for reconsideration of this Court's September 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014



Clerk

h1215